**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-2394**

─────────────

MAJOR MIKE WEBB, d/b/a Friends for Mike Webb, d/b/a Major Mike Webb for U.S. Congress (VA8), d/b/a Major Mike Webb for VA, d/b/a Major Mike Webb for APS Board,

       Plaintiff - Appellant,

      v.

ANTHONY S. FAUCI, in official and individual capacities; NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASE; ROCHELLE WALENSKY, in official and individual capacities; CENTERS FOR DISEASE CONTROL AND PREVENTION; JANET WOODCOCK, in official and individual capacities; UNITED STATES FOOD AND DRUG ADMINISTRATION; MOHAMMED NORMAN OLIVER, in official and individual capacities; VIRGINIA DEPARTMENT OF HEALTH; PFIZER, INC.; MODERNATX INC.; JOHNSON & JOHNSON INC.; FACEBOOK, INC.; UNIVERSITY OF VIRGINIA; DONALD S. BEYER, in individual and official capacities; TIMOTHY M. KAINE, in official and individual capacities; MARK R. WARNER, in official and individual capacities; JUSTIN M. WILSON, in official and individual capacities; DIONNE HARDY, in official and individual capacities; OFFICE OF MANAGEMENT & BUDGET; JASON S. MIYARES, in official and individual capacities; OFFICE OF THE STATE ATTORNEY GENERAL; GLENN YOUNGKIN, in official and individual capacities; BIONTECH SE; JANSSEN GLOBAL SERVICES, LLC; JENNIFER R. PSAKI, in official and individual capacities; WHITE HOUSE COMMUNICATIONS AGENCY; VIVEK MURTHY, in official and individual capacities; OFFICE OF THE SURGEON GENERAL; LLOYD J. AUSTIN, in official and individual capacities; UNITED STATES DEPARTMENT OF DEFENSE; CHRISTINE E. WORMOTH, in official and individual capacities; DEPARTMENT OF THE ARMY; XAVIER BECCERA, in official and individual capacities; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; TED BRITT FORD OF FAIRFAX; RICHARD D. HOLCOLM, in official and individual capacities; VIRGINIA DEPARTMENT OF MOTOR VEHICLES; INGRID H. MORROY, in official and individual capacities; COMMISSIONER OF REVENUE FOR COUNTY OF ARLINGTON; CAPITAL

INVESTMENT ADVISORS, LLC; A-1 TOWING OF NORTHERN VIRGINIA; JOHN AND JANE DOES,

          Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:21-cv-00432-MHL)

———————————

Submitted:  May 24, 2022                                    Decided:  May 26, 2022

———————————

Before NIEMEYER, KING, and RICHARDSON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Michael David Webb, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Michael David Webb, aka Major Mike Webb, appeals the district court's order dismissing his civil complaint without prejudice for failure to comply with the court's order directing him to file a corrected in forma pauperis application. Under Fed. R. Civ. P. 41(b), a district court may dismiss an action based on a plaintiff's failure to comply with a court order as long as the court has warned the plaintiff that noncompliance will result in dismissal. *See Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989). We review a district court's dismissal under Rule 41(b) for abuse of discretion. *Attkisson v. Holder*, 925 F.3d 606, 620 (4th Cir. 2019).

We have reviewed the record and find no abuse of discretion. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*